**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

| | |
|---|---|
| In re: <br> Tammy Lynn Ervin-Preger <br><br> Debtor(s) | Case No. 13-20410-dob |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Thomas McDonald, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/21/2013.

2) The plan was confirmed on 04/19/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/24/2013, 12/30/2013.

5) The case was dismissed on 09/19/2014.

6) Number of months from filing to last payment: 15.

7) Number of months case was pending: 19.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $9,845.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $2,380.00 |
| Less amount refunded to debtor | $425.00 |

**NET RECEIPTS:** $1,955.00

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,872.92 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $82.08 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,955.00

Attorney fees paid and disclosed by debtor: $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 70th District Court | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| 81st District Court | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Advanced Diagnostic Imaging | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| AFNI Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| After Hours Clinic | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Ann and Jim Hominga | Unsecured | 3,860.00 | NA | NA | 0.00 | 0.00 |
| ARC Certegy | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Arrow Financial Services LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AT & T | Unsecured | 259.34 | NA | NA | 0.00 | 0.00 |
| AT & T | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| AT & T | Unsecured | 311.00 | NA | NA | 0.00 | 0.00 |
| Bay Regional Medical Center | Unsecured | 91.36 | NA | NA | 0.00 | 0.00 |
| Bill McBride | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Capital Management Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CBM Services Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Century Link | Unsecured | 476.37 | NA | NA | 0.00 | 0.00 |
| Charter Communications | Unsecured | 343.86 | NA | NA | 0.00 | 0.00 |
| Charter Communications | Unsecured | 3,728.87 | NA | NA | 0.00 | 0.00 |
| Charter Communications | Unsecured | 735.03 | NA | NA | 0.00 | 0.00 |
| City of Standish | Unsecured | 1,642.08 | NA | NA | 0.00 | 0.00 |
| Consumers Energy Company | Unsecured | 2,904.00 | NA | NA | 0.00 | 0.00 |
| Consumers Energy Company | Unsecured | 4,338.83 | 0.00 | 4,570.39 | 0.00 | 0.00 |
| Contel of the South Inc | Unsecured | 114.59 | NA | NA | 0.00 | 0.00 |
| Credit Protection Associates | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Services of Michigan | Unsecured | 543.00 | NA | NA | 0.00 | 0.00 |
| Detroit Bio Medical Laboratories | Unsecured | 888.00 | NA | NA | 0.00 | 0.00 |
| Family Independence Agency | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| Gateway Financial Services Inc | Unsecured | 0.00 | 0.00 | 7,996.25 | 0.00 | 0.00 |
| George Czeiszperger | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ginny's | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| H & R Block Bank | Unsecured | 276.60 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Health Delivery | Unsecured | 90.00 | 98.84 | 98.84 | 0.00 | 0.00 |
| Joe's Electric | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| Leonard LeClair | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| LTD Commodities Inc | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Madhumalti Bhavar | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Martel | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MI Department of Treasury | Priority | 687.49 | 126.00 | 126.00 | 0.00 | 0.00 |
| MI Department of Treasury | Secured | 0.00 | 634.99 | 634.99 | 0.00 | 0.00 |
| Michigan Bell Telephone Company | Unsecured | 2,173.95 | 0.00 | 2,173.95 | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| Midwest Audit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Peter S Shek, Attorney at Law | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard/Charter | Unsecured | NA | 912.29 | 912.29 | 0.00 | 0.00 |
| Ralph and Sharyl Pestrue | Secured | 53,700.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services LP CDA-1058 | Unsecured | 8,015.51 | 1,816.16 | 1,816.16 | 0.00 | 0.00 |
| Sage Telecom Inc | Unsecured | 277.00 | 277.48 | 277.48 | 0.00 | 0.00 |
| Speednet | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Speedway LLC | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | 282.81 | NA | NA | 0.00 | 0.00 |
| St Mary's of Michigan/Standish Hospital | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| St Mary's Standish Community Hosp | Unsecured | 597.00 | 0.00 | 570.40 | 0.00 | 0.00 |
| Sterling Area Health Center | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| United Media S.R.O. | Unsecured | 787.20 | NA | NA | 0.00 | 0.00 |
| Universal Underwriters Acceptance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Waste Management | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| Zenith Acquisition Corp | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $634.99 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$634.99** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $126.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$126.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$18,415.76** | **$0.00** | **$0.00** |

| |
|---|
| **Disbursements:** |
|     Expenses of Administration      <u>$1,955.00</u> <br>     Disbursements to Creditors      <u>$0.00</u> |
| **TOTAL DISBURSEMENTS** :      <u>**$1,955.00**</u> |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/29/2014          By: /s/ Thomas McDonald
                                                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

13-20410-dob    Doc 41    Filed 09/29/14    Entered 09/29/14 12:38:17    Page 4 of 4